**No. 09-9404. Sandra Mangum, Petitioner v. Cato Corporation.**

559 U.S. 1097, 130 S. Ct. 2383, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3540.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 947.

**No. 09-9412. Lamaris Wescott, Petitioner v. Delaware.**

559 U.S. 1097, 130 S. Ct. 2385, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3614.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 981 A.2d 1173.

**No. 09-9416. Steven Douglas Hayward, Petitioner v. Florida.**

559 U.S. 1097, 130 S. Ct. 2385, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3508.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 24 So. 3d 17.

**No. 09-9437. Samuel Quinn, Petitioner v. Illinois.**

559 U.S. 1097, 130 S. Ct. 2385, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3619.

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 392 Ill. App. 3d 1131, 368 Ill. Dec. 484, 984 N.E.2d 209.

**No. 09-9445. Ronald Cooper, Petitioner v. Michigan Department of Corrections, et al.**

559 U.S. 1098, 130 S. Ct. 2398, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3484.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9471. David Foster, Petitioner v. Ohio.**

559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3546.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 09-9484. Jerome Julius Brown, Petitioner v. Brennan C. McCarthy.**

559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3595,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 368 Fed. Appx. 145.